IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY V., on her own behalf and on behalf of B.G., her daughter )<br><br>    Plaintiff, )<br><br>    vs. )<br><br>PITTSBURGH PUBLIC SCHOOLS, )<br>FRICK MIDDLE SCHOOL and )<br>DR. WAYNE WALTERS, Principal of )<br>Frick Middle School, )<br><br>    Defendants. ) | Civil Action No. 09-1082 |

AMBROSE, District Judge

## ORDER OF COURT

AND now, this 5th day of August, 2010, upon consideration of the Motion to Approve a Settlement Involving a Minor (Docket No. 33), and after affording the parties and counsel the opportunity to be heard on the matter, it is ordered that said Motion (Docket No. 33) is granted and the settlement involving a minor is approved as follows:

    1.    The Court, after notice and hearing on the matter, finds that all parties have fully and finally settled this civil action. The Court finds that such settlement is proper in form and substance, and that it is in the best interests of the minor Plaintiff B.G. The parties are therefore authorized and directed to settle and discontinue the above-captioned civil action and to make distribution as follows.

        a.    The Defendants shall pay, to the lawyers' trust account of Plaintiffs' counsel, Edward A. Olds, Esq., the gross sum of Fifty-Five Thousand dollars ($55,000.00).

        b.    The Defendants shall pay the full mediator's fee of Mediator Louis B. Kushner, Esquire.

        c.    Such payments shall occur within ten (10) days of the date of this order.

    d. Mr. Olds shall be entitled to fees in the amount of $18,300.00 and costs in the amount of $350.00, for a total of $18,650, to be paid in a pro-rata basis out of Plaintiffs' recovery.

    e. Mary V. is entitled to $6,000.00 gross, $4,000.00 net after fees.

    f. B.G. is entitled to $49,000.00 gross and $32,5500 net after deduction for fees and costs.

    g. The sum payable to B.G. shall be deposited in an interest-bearing trust account titled "Mary V. in trust for B.G."

    h. There shall be no distribution from the account until B.G. attains 18 years of age, with the exception of tuition costs.

    i. Mary V. is permitted to draw each year a sum which will defray B.G's tuition.

    j. Mary V. shall provide an accounting of all funds withdrawn to pay tuition.

  2. All claims between the parties are hereby deemed fully and finally settled and resolved by the settlement and this Order, and this civil action is dismissed with prejudice, each party to bear its own costs and fees.  This Court will retain jurisdiction over the parties and of this action for the purpose of interpreting and enforcing this Order.

        BY THE COURT:

        s/ Donetta W. Ambrose
         Donetta W. Ambrose
         United States District Judge